IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

SEP 30 2014

CLERK, U.S. DISTRICT COURT
By _____
         Deputy

SHALETHA PETERSON, §
§
        Plaintiff, §
§
VS. § NO. 4:14-CV-540-A
§
PROCOLLECT INC., §
§
        Defendant. §

## FINAL JUDGMENT

Consistent with the stipulation of dismissal filed by plaintiff, Shaletha Peterson, and defendant, ProCollect Inc.,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiff against defendant in the above-captioned action be, and are hereby, dismissed without prejudice.

SIGNED September 30, 2014.

_____
JOHN McBRYDE
United States District Judge